**FILED**

MAR 07 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 18 CR 88 |
| v. | ) | |
| | ) | Violations: Title 18, United States |
| | ) | Code, Sections 248(a)(1) and 875(c) |
| LUKE DANIEL WIERSMA | ) | |

JUDGE SHAH

MAGISTRATE JUDGE SCHENKIER

**COUNT ONE**

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about October 10, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LUKE DANIEL WIERSMA,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, employees of a provider of reproductive health services located in Chicago, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat;

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 10, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LUKE DANIEL WIERSMA,

defendant herein, by threat of force, intentionally intimidated and interfered with and attempted to intimidate and interfere with employees of a provider of reproductive health services located in Chicago, because these employees provide and had been providing reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(1).

## COUNT THREE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 13, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### LUKE DANIEL WIERSMA,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, employees of a provider of reproductive health services located in Chicago, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat;

In violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 13, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### LUKE DANIEL WIERSMA,

defendant herein, by threat of force, intentionally intimidated and interfered with and attempted to intimidate and interfere with employees of a provider of reproductive health services located in Chicago, because these employees provide and had been providing reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(1).

## COUNT FIVE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 29, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LUKE DANIEL WIERSMA,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, employees of a provider of reproductive health services located in Chicago, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat;

In violation of Title 18, United States Code, Section 875(c).

## COUNT SIX

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 29, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LUKE DANIEL WIERSMA,

defendant herein, by threat of force, intentionally intimidated and interfered with and attempted to intimidate and interfere with employees of a provider of reproductive health services located in Chicago, because these employees provide and had been providing reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY