# EXHIBIT A

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

Date of entry   04/11/2019

███████████████, former Executive Director of the ███ ████████████████████████████████ telephone number ██████████, currently assigned to ████████ ███████████████████████████████████████████████ address ████████████████ was telephonically interviewed concerning the threats made by LUKE DANIEL WIERSMA to the ███████████████████████ Hammond, Indiana. After being advised of the identity of the interviewing Agent and the nature of the interview, ████████ provided the following information:

████████ advised that after receiving the threats to ███ on October 15, October 20, and October 29, 2017, the ███ administration were evaluating how to handle the situation related to the series of emails. During that timeframe, the administration had not made a decision on how to address the threats. The ███ staff members at the clinic appeared to believe the threats, and were concerned about their safety.

On the morning of November 02, 2017, the ███ staff arrived at the ███ facility, and found that a bullet was fired into the building, through the glass window in the back office of the facility. The staff contacted the Hammond Police Department, and they subsequently responded.

The room where the bullet impacted was where two staff members normally sat, and there was glass and other debris as a result of the bullet being shot through the window. The staff did not know whether the person who sent the threats in October was responsible for shooting the bullet into the building, but as a result, the staff members became more fearful for their safety. ████████ instructed the staff members to go home, and not to return until advised as such.

In combination with the email threats and the bullet being fired through the window of the clinic, the administration escalated their efforts to determine a solution to assure the safety of the staff members.

Investigation on   04/09/2019   at   Lisle, Illinois, United States (Phone)

File #   266J-CG-6769284-302                                          Date drafted   04/09/2019

by   SA Troy David Bronner

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

On November 05, 2017, the clinic received another threat, and once the staff learned of it, "hysteria" erupted to a new level concerning their safety, leaving everyone on edge.

On November 06, 2017, ▇▇ staff returned to the ▇▇ facility with additional personnel for safety and support, spending minimal time at the facility to gather all necessary information and items for changing appointments for the clients and other administrative matters. Once the staff had what they needed, they left the ▇▇ facility and did not return. Counselors continued to speak to clients during the remainder of the week over the telephone, but no pregnancy tests or ultrasounds were performed at the clinic. Emergency pregnancy tests and ultrasounds were relocated to an affiliated clinic located in Michigan City, Indiana. The non-emergency situations were delayed, and eventually rescheduled to the temporary facility.

The ▇▇ staff ultimately returned to work on November 13, 2017, at the temporary facility that was opened for their safety.