# EXHIBIT B

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**OFFICIAL RECORD**
Document part dentals have digitally signed. All signatures have been verified by a certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  04/16/2019

▮▮▮▮▮▮▮▮▮▮, former Executive Director of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, cellular telephone number ▮▮▮▮▮▮, currently assigned to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, email address ▮▮▮▮▮▮▮▮▮▮▮, was telephonically interviewed concerning the threats made by LUKE DANIEL WIERSMA to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in Hammond, Indiana. Also present during the interview was Assistant United States Attorney (AUSA) Kelly Greening. After being advised of the identity of the interviewing Agent and AUSA Greening, and the nature of the interview, ▮▮▮▮ provided the following information:

▮▮▮▮ advised that no formal decision was made to close the ▮▮ between November 02, 2017, when the bullet was fired through the back window of the clinic, and the time the clinic received the threat on November 05, 2017. The decision to close the clinic for safety purposes occurred following the November 5th threat. Between the discovery of the bullet on November 2nd and the threat on November 5th, some members of the ▮▮ administration believed the clinic should be closed until law enforcement could provide assurance the clinic was safe to go back to. Other members of the administration believed the clinic should remain open, regardless of the threats to the clinic and the incident related to the bullet.

▮▮▮▮ explained the ▮▮ is located in a marginal area, where gun shots occur. Approximately five years ago, a bullet was fired through a glass window in the back of a ▮▮▮▮▮▮▮▮▮▮ building located approximately two blocks to the north of the ▮▮. The shot was attributed to gang activity.

▮▮▮▮ stated the ▮▮ would not have been closed solely because of the gun shot to the building on November 02, 2017. Prior to receiving the threats to the ▮▮, the clinic never received threats of any kind.

As each of the three threats to the ▮▮ came in during October 2017, anxiety was building amongst the ▮▮ staff members. After the bullet was found on the morning of November 02, 2017, and the subsequent threat

---

Investigation on  04/12/2019  at  Lisle, Illinois, United States (Phone)

File #  266J-CG-6769284-302                                   Date drafted  04/12/2019

by  SA Troy David Bronner

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

received on November 05, 2017, the ███ staff members fear was pushed over the edge.

After receiving the threat on November 05, 2017, the ███ administration made the decision to close the ███ facility out of concern for the safety of the staff, and began making arrangements to find a temporary facility. The BLOOMINGTON ████████████████ brought a mobile clinic from Bloomington, Indiana, to Hammond, Indiana, to serve as the temporary facility for the ███. The ███ absorbed the cost of transporting the mobile clinic to Hammond.

███████ advised that no services were performed at the ███ from November 02, 2017, until the temporary clinic was opened on November 13, 2017. Security was provided for the staff once the temporary clinic location was opened, and was utilized until February 2018, after they had moved back to the ███.